UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| COURTNEY A. WILLIS,<br>      Plaintiff<br>      v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>      Defendant. | Case No. 2:15-cv-718-GJS<br><br>**JUDGMENT** |
|---|---|

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: December 11, 2015  _____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE